# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICHOLE QUEEN : CIVIL ACTION

v. :

COLUMBIA SUSSEX CORPORATION, et al. : NO. 10-2675

## ORDER

AND NOW, this 10th day of August, 2010, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED as follows:

1. Plaintiff's Motion for Remand (Doc. No. 8) is GRANTED.

2. Plaintiff's Motion for Costs, Expenses and Attorneys Fees (Doc. No. 8) is DENIED.

3. The Clerk shall close this case.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-2675 Queen v. Columbia\Queen v. Columbia - Order Mot Remand.wpd